IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PAMELA COOK | ) NO. 20-70770 |
| | ) |
| Debtor. | ) |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

JOHN L. GREENLEAF, JR., Attorney at Law, Attorney for PAMELA COOK, Debtor, objects to the Trustee's Motion to Dismiss Chapter 13 Case and in support states:

1. The Trustee's Motion to Dismiss was filed on March 3, 2021 setting forth a delinquency of $3,591.80.

2. The Epiq site of the Chapter 13 Trustee, as of March 22, 2021 states that the Debtor is delinquent in the amount $2,068.72.

3. After the entry of the Order approving plan was entered, Debtor's attorney and the Chapter 13 Trustee had agreed to enter into an Agreed Order for Wage Deduction raising the payment to $1,729.75 to bring the payments so that the total plan payments would be made in full by the 60th month.

4. The last part of January the Trustee sent a proposed wage deduction order to GreenLeaf.

5. At that time the Greenleaf law office was quarantined because of Covid and said agreed wage deduction order was not approved by Greenleaf.

6. Greenleaf believes an agreed wage deduction order can be agreed to by the Trustee and Debtor which satisfies the payments required.

WHEREFORE, John L. GreenLeaf, Jr. prays this Court deny the Motion to Dismiss the Chapter 13 case.

Dated: March 23, 2021                BY:    JOHN L. GREENLEAF, JR.,
                                            Attorney for Debtor

                                            /s/ John L. GreenLeaf, Jr.
                                            JOHN L. GREENLEAF, JR.
                                            Counselor at Law
                                            2456 N. Main St
                                            Decatur, IL  62526
                                            Telephone:  (217) 422-2771

## Proof of Service

The undersigned hereby certifies that on March 23, 2021 a copy of this motion was served electronically on:

Marsha Combs-Skinner, Chapter 13 Trustee

US Trustee

And by regular United States mail to all interested parties listed below:

Pamela Cook
3260 East Fitzgerald
Decatur, IL 62521

/s/ John L. GreenLeaf, Jr.
JOHN L. GREENLEAF, JR.
2456 North Main St
Decatur, IL  62526
Telephone:  (217) 422-2771
Email:  GreenLeafLaw@comcast.net