IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Pamela Cook, | ) | Case No. 20-70770 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

MOTION FOR RELIEF FROM AUTOMATIC STAY

Citizens Equity First Credit Union ("CEFCU") by Amira L. Vicari Hills for Westervelt, Johnson, Nicoll & Keller, LLC, its attorneys, pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §362(d)(1), moves this Court to grant it relief from the automatic stay provisions of 11 U.S.C. §362(a) as to a 2014 Chevrolet Camaro (V.I.N. #2G1FK1EJ9E9146785) (the "Collateral"), and in support thereof states as follows:

1. CEFCU is organized and existing pursuant to the laws of the State of Illinois with its principal office and place of business located in Peoria, Illinois.

2. On or about April 26, 2017, the Debtor, Pamela Cook, executed and delivered a Retail Installment Contract ("RIC") to Crown Nissan of Decatur in Decatur, IL, which was subsequently assigned to CEFCU. She promised to pay the principal sum of $34,465.47, in seventy-two (72) monthly installments of $570.59 each, together with interest at the rate of 5.94% per annum, starting May 30, 2017, and payable thereafter until the entire principal balance and accrued interest was paid in full. A true and correct copy of the RIC is attached hereto as Exhibit "A".

3. As security for the balance due under the RIC, the Debtor pledged the Collateral and the security interest therein was properly perfected by CEFCU as a result of having its lien

1

noted on the Certificate of Title. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "B".

4. On or about June 30, 2020, the Debtor sought and obtained relief from this Court by a Voluntary Petition filed under Chapter 13 of the Bankruptcy Code.

5. The Debtor's confirmed Plan provides for payment of the RIC outside of the Plan and directly to CEFCU.

6. The Debtor is currently in arrears in payments due under the RIC in the amount of $1,714.32 and is now in default.

7. CEFCU will be irreparably harmed if the Automatic Stay is not modified because CEFCU does not have adequate protection in its Collateral and the Collateral is depreciating in value.

WHEREFORE, Citizens Equity First Credit Union (CEFCU) requests that the Automatic Stay be modified so that it may proceed with exercising its rights under the Retail Installment Contract as to the 2014 Chevrolet Camaro and that it be granted adequate protection in these proceedings. Further, in the event the Court sees fit to grant it relief from the Automatic Stay, Citizens Equity First Credit Union (CEFCU) requests that the fourteen (14) day waiting period provided for under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived.

                        Citizens Equity First Credit Union (CEFCU), Movant

                        /s/ Amira L. Vicari Hills
                        For Westervelt, Johnson, Nicoll & Keller, LLC
                        Its Attorneys

Amira L. Vicari Hills
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois 61602
Telephone: (309) 671-3550
Email: avhills@wjnklaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served upon the following by placing the same in an envelope addressed as follows:

       Pamela Cook
       3260 East Fitzgerald
       Decatur, IL 62521

and by depositing said envelope, with first class postage fully prepaid, in the United States Mail, in Peoria, Illinois on the 19th day of January, 2022, and that the following were served by Notice of Electronic Filing generated by the Electronic Filing System of the United States Bankruptcy Court for the Central District of Illinois:

       Mr. John L. GreenLeaf, Jr.
       Attorney for Debtor

       Ms. Marsha L. Combs-Skinner
       Chapter 13 Trustee

       United States Trustee

       /s/ Amira L. Vicari Hills

Amira L. Vicari Hills
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois 61602
Telephone: (309) 671-3550
Email: avhills@wjnklaw.com