# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | |
|---|---|---|---|---|---|
| 2G1FK1EJ9E9148785 | 2014 | CHEVROLET | CAMARO SS | COUPE | 17,146598565 |
| 2G1FK1EJ9E9146785 | | | | | |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 05/26/17 | 12634 | | | 04/26/17 | ORIGINAL |
| | 1203 | | | USED | |

**MAILING ADDRESS**
CEFCU
PO BOX 1715
PEORIA IL 61656-1715

**LEGEND(S)**
ACTUAL MILEAGE

**OWNER(S) NAME AND ADDRESS**
PAMELA COOK
3260 E FITZGERALD RD
DECATUR IL 62521

**FIRST LIENHOLDER NAME AND ADDRESS**
CEFCU
PO BOX 1715
PEORIA IL 61656-1715

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____ Signature of Authorized Agent _____ Date
Firm Name
By _____ Signature of Authorized Agent _____ Date
Firm Name

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ NO TENTHS
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

ODOMETER READING _____
Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s) _____
DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. M8737273

JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

MUST BE COMPLETED BY SELLER — DO NOT DETACH UNTIL SOLD
**NOTICE OF SALE** — SEE INSTRUCTIONS ON REVERSE

| CHEVROLET | 2014 | 2G1FK1EJ9E9146785 | |
|---|---|---|---|
| Vehicle Make | Vehicle Year | Vehicle Identification Number (VIN) | Date |

Name of Seller (Current Registered Owner) _____ Name of Buyer _____
Complete Address of Seller _____ Complete Address of Buyer _____
City _____ State _____ ZIP _____ City _____ State _____ ZIP _____

Under penalties of perjury, I hereby certify that the foregoing is true and correct under the laws of the United States.

Seller's Signature _____ Printed Name of Seller _____ Date _____

**EXHIBIT B**